IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUE SPIKE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:16-cv-00703-RWS ) ) |
| VERANCE CORPORATION, *et al.* | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or to Transfer Venue (ECF Dkt. No. 42), and the corresponding declarations, exhibits, and proposed order filed therewith, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 31, 2016.

/s/Alfred R. Fabricant
Alfred R. Fabricant
Texas Bar No. 2219392
afabricant@brownrudnick.com
Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Defendant Verance Corporation, Universal City Studios LLC, and Warner Bros. Entertainment Inc.*